UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:24-CR-594  HEA ) |
| JULIAN ALCALA, | ) ) |
| Defendant. | ) ) |

## **ORDER**

**IT IS HEREBY ORDERED** that the change of plea hearing is set in this matter for **December 2, 2025, at 2 p.m.** in the courtroom of the undersigned.

Dated this 18th day of November, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE