UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | No. 4:24CR00594 HEA |
| JULIAN ALCALA, | ) |  |
| Defendant. | ) |  |

## STATEMENT OF THE GOVERNMENT REGARDING PRESENTENCE REPORT

Comes now the United States of America, by and through its attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Christine H. Krug, Assistant United States Attorney for said District, and pursuant to Paragraph 7 of the Administrative Order of this Court (July 12, l988), states that the Government accepts and has no objection to the Presentence Report.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney


 */s/ Christine H. Krug*
CHRISTINE H. KRUG #42586MO
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, Missouri 63l02
christine.krug@usdoj.gov
(314) 539-2200

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2026, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                            */s/ Christine H. Krug*
                                            CHRISTINE H. KRUG #42586MO
                                            Assistant United States Attorney