# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiffs. | ) | |
| | ) | |
| v. | ) | 4:24-cr-594 |
| | ) | |
| JULIAN ALCALA, | ) | |
| Defendants. | ) | |

## NOTICE TO COURT

1. The Parties were ordered to file a joint written notice as to Defendant Alcala's deposition. ECF Dkt. 50.

2. Mr. Alcala will be asserting his Fifth Amendment privileges at that deposition, according to his lawyer.

3. Mr. Alcala's deposition will not be going forward.

4. Relief is no longer being requested from this Court.

Respectfully submitted,

PLEBAN & ASSOCIATES LAW, LLC

by:    /s/ J.C. Pleban
J.C. Pleban, MO Bar No. 63166
jc@plebanlaw.com
2010 S. Big Bend Blvd.
St. Louis, MO 63117
314-645-6666
314-645-7376 (FAX)
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was sent to all counsel of record via the Court's filing system this 17th day of February, 2026.

   /s/ J.C. Pleban